ERNEST MATHEWS, Respondent, v. FREDERICK C. TROWBRIDGE, Appellant.

*Mathews* v. *Trowbridge*, 171 App. Div. 922, affirmed..

(Argued January 25, 1918; decided February 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1915, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover damages for an alleged breach of contract to sell real property. The complaint alleged that the defendant could not convey a good title free from all defects and incumbrances and that the said title was subject to various defects and incumbrances. The answer interposed a general denial, and for a separate defense alleged that the plaintiff well knew, and had full knowledge of any and all alleged defects to the title of the premises.

*F. N. Smith* for appellant.

*Henry Schoenherr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.